# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN OF DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| CHERYL PAYNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCANTILE ADJUSTMENT )<br>BUREAU, LLC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE NO.<br>2:11-cv-00007-WCO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Local Rule 41.1, that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay her or its own attorneys' fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Respectfully submitted on August 23, 2011.

WEISBERG & MEYERS, LLC

/s/ Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Avenue #602
Phoenix, AZ  85012
(888) 595-9111 ext. 250
(866) 842-3302 Facsimile

*Attorney for Plaintiff*
*Cheryl Payne*

HALL, BOOTH, SMITH & SLOVER, P.C.

/s/ Richard N. Sheinis
Richard N. Sheinis
Georgia Bar No. 639865
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 Facsimile

*Attorney for Defendant*
*Mercantile Adjustment Bureau, LLC*

## LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify that the within and foregoing **Stipulation of Dismissal with Prejudice** was prepared using Times New Roman 14-point font, which is one of the font and point selections approved by the Court in Local Rule 5.1(C).

This 23rd day of August, 2011.

         HALL, BOOTH, SMITH & SLOVER, P.C.

         /s/ Richard N. Sheinis
         RICHARD N. SHEINIS
         Georgia Bar No. 639865

         *Attorney for Defendant*
         *Mercantile Adjustment Bureau, LLC*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a copy of the within and foregoing ***Stipulation of Dismissal with Prejudice*** to be served upon all interested parties electronically via the CM/ECF system and by depositing a true and correct copy of the same in the United States first class mail, in a properly addressed envelope with adequate postage affixed thereon, to ensure delivery to:

>Craig J. Ehrlich, Esq.
>Weisberg & Meyers, LLC
>5025 N. Central Avenue
>Suite 602
>Phoenix, AZ 85012

This 23rd day of August, 2011.

>HALL, BOOTH, SMITH & SLOVER, P.C.
>
>*/s/ Richard N. Sheinis*
>RICHARD N. SHEINIS
>Georgia Bar No. 639865
>
>*Attorney for Defendant*
>*Mercantile Adjustment Bureau, LLC*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 Facsimile